DECEMBER 7, 1948

**No. 7636.** *W. Hagemann* v. *United States.* Entered at New York, N. Y. Reap. Dec. 7623. Motion by appellee.